CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister, Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Estrada,**<br><br>    Plaintiff,<br><br>v.<br><br>**Food 4 Less of California, Inc**., a California Corporation,<br><br>    Defendants | Case: 2:21-cv-01704-MWF-JEM<br><br>**Stipulation for Dismissal**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

### **STIPULATION**

PLEASE TAKE NOTICE that Plaintiff Jose Estrada and Defendant Food 4 Less of California, Inc. hereby stipulate to dismiss Plaintiff's remaining cause of action under the Americans with Disabilities Act, with

1

1  prejudice. Each side agrees to bear their own attorneys' fees and costs as to

2  the ADA claim.

3

4

5  Dated: May 6, 2022                CENTER FOR DISABILITY ACCESS

6

7                                    By: */s/ Zachary Best*

8                                    Zachary Best
                                     Attorneys for Plaintiff
9

10

11

12  Dated: May 6, 2022                SHEPPARD, MULLIN, RICHTER &
                                     HAMPTON LLP
13

14

15

16                                   By: */s/ Michael J. Chilleen*

17                                   Michael J. Chilleen
                                     Attorney for Defendants
18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal              Case: 2:21-cv-01704-MWF-JEM